```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DIANE HAZEL AND FREDERICK HAZEL,                            :
                                                            :
                        Plaintiffs,                         :
                                                            :     12 Civ. 6798 (JMF)
        -v-                                                 :
                                                            :          ORDER
ZIMMER, INC., et al.,                                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/12

JESSE M. FURMAN, United States District Judge:

The parties' joint motion to stay these proceedings pending transfer to the multi-district litigation proceedings is GRANTED. The Clerk of Court is directed to terminate the motion (Docket No. 6).

SO ORDERED.

Dated: New York, New York
       October 3, 2012

_____
JESSE M. FURMAN
United States District Judge